IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRATERS & FREIGHTERS, | No. C 09-04531 CW |
| Plaintiff, | ORDER |
| v. | |
| DAISYCHAIN ENTERPRISES, et al., | |
| Defendants. | |

Default having been entered by the Clerk on October 27, 2009 as to Daisychain Enterprises, Kathy Benz and Fred Benz,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 10/28/09

CLAUDIA WILKEN
United States District Judge

cc: Wings