IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRATERS & FREIGHTERS,

    Plaintiff,

  v.

DAISYCHAIN ENTERPRISES, d/b/a FREIGHT AND CRATE; KATHY BENZ; and FRED BENZ,

    Defendants.

                        /

No. C 09-4531 CW

ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
(Docket No. 10)

On October 22, 2009, Plaintiff Craters & Freighters moved <u>ex parte</u> for a temporary restraining order enjoining Defendants Daisychain Enterprises, Kathy Benz and Fred Benz from, among other things, infringing upon Plaintiff's intellectual property. In its Order of October 26, 2009, the Court denied Plaintiff's application and set a hearing date of December 3, 2009 for Plaintiff's motion for a preliminary injunction (Docket No. 22).

At the December 3 hearing, the Court ordered Defendants to file an opposition to Plaintiff's motion by December 11. Defendants failed to do so. Accordingly, having considered Plaintiff's papers, the Court GRANTS Plaintiff's motion for a preliminary injunction. Pending final resolution of this case, Defendants, their employees and agents, and any other persons

acting with Defendants or on Defendants' behalf are restrained and enjoined from:

    (a) using the infringing mark "Freight & Crate" in conjunction with any shipping or packaging services;

    (b) using the infringing mark "Freight & Crate" in conjunction with any web-based advertisement or print advertisement;

    (c) using the infringing mark "Freight & Crate" at any call center to suggest that Freight & Crate is affiliated with Plaintiff Craters & Freighters;

    (d) from identifying themselves anywhere or any time, by their own initiative or in response to questions by others, as "Craters & Freighters" or as affiliated with Plaintiff Craters & Freighters;

    (e) using Plaintiff Craters & Freighters' copyrighted materials in advertisement and promotions; and

    (f) from using the registered trademark "Craters & Freighters" for any purpose whatsoever.

Plaintiff's motion for default judgment is scheduled to be heard before Magistrate Judge Joseph Spero on January 29, 2010 at 9:30 a.m.

Dated: December 15, 2009

                                        CLAUDIA WILKEN
                                        United States District Judge