IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRATERS & FREIGHTERS,

Plaintiff,

v.

DAISYCHAIN ENTERPRISES, d/b/a FREIGHT
AND CRATE; KATHY BENZ; and FRED BENZ,

Defendants.
_____/

No. C 09-4531 CW

AMENDED ORDER
GRANTING PLAINTIFF'S
MOTION FOR A
PRELIMINARY
INJUNCTION
(Docket No. 10)

On October 22, 2009, Plaintiff Craters & Freighters moved <u>ex
parte</u> for a temporary restraining order enjoining Defendants
Daisychain Enterprises, Kathy Benz and Fred Benz from, among other
things, infringing upon Plaintiff's intellectual property.  In its
Order of October 26, 2009, the Court denied Plaintiff's application
and set a hearing date of December 3, 2009 for Plaintiff's motion
for a preliminary injunction (Docket No. 22).  At the December 3
hearing, the Court ordered Defendants to file an opposition to
Plaintiff's motion by December 11.  Defendants timely filed an
opposition.

Defendants provide conclusory arguments that Plaintiff's
claims lack merit and might be barred by a defense of laches.
However, Defendants offer no competent evidence to support their
assertions.  Without evidence, Defendants do not defeat Plaintiff's
showing of its likelihood of success on the merits and the
possibility of irreparable injury.

Thus, having considered all of the papers submitted by the

parties, the Court GRANTS Plaintiff's motion for a preliminary

injunction.  Pending final resolution of this case, Defendants,

their employees and agents, and any other persons acting with

Defendants or on Defendants' behalf are restrained and enjoined

from:

> (a)  using the infringing mark "Freight & Crate" in
>      conjunction with any shipping or packaging services;
>
> (b)  using the infringing mark "Freight & Crate" in
>      conjunction with any web-based advertisement or print
>      advertisement;
>
> (c)  using the infringing mark "Freight & Crate" at any call
>      center to suggest that Freight & Crate is affiliated with
>      Plaintiff Craters & Freighters;
>
> (d)  from identifying themselves anywhere or any time, by
>      their own initiative or in response to questions by
>      others, as "Craters & Freighters" or as affiliated with
>      Plaintiff Craters & Freighters;
>
> (e)  using Plaintiff Craters & Freighters' copyrighted
>      materials in advertisement and promotions; and
>
> (f)  from using the registered trademark "Craters &
>      Freighters" for any purpose whatsoever.

Plaintiff's motion for default judgment is scheduled to be heard

before Magistrate Judge Joseph Spero on January 29, 2010 at 9:30

a.m.

Dated:  December 16, 2009

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CRATERS & FREIGHTERS,

               Plaintiff,

   v.

DAISYCHAIN ENTERPRISES, et al.,

               Defendants.

_____/

Case Number: CV09-04531 CW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 16, 2009, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.


Fred  Benz
574 N. Sonora Way
P.O. Box 490
Eagle,  ID 83616


Kathy  Benz
574 N. Sonora Way
P.O. Box 490
Eagle,  ID 83616

Dated: December 16, 2009

                                 Richard W. Wieking, Clerk
                                 By: Marc Pilotin, Deputy Clerk