*John P. Schmitz, Esq.*
1019 8th Street, Suite 301, Golden, CO 80401
phone:  303-384-3922   •   fax:  1.866.903.0052   •   e-mail:  jschmitz@mandzattorneys.com

January 29, 2010

Hon. Joseph C. Spero
Court Room A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: **Craters & Freighters v. Daisychain Enterprises, et al.
United States District Court Case No. CV-09-04531**

Dear Judge Spero:

I am one of the attorneys representing plaintiff in the above-referenced matter.  Your Honor has rescheduled the hearing for the Motion for Default Judgment on February 5, 2010 at 9:30AM.

I live in Colorado and am a licensed attorney in both California and Colorado, yet I reside in Colorado.  I had planned to attend the hearing on January 29, 2010, but am unable to attend in person on February 5, 2010.  My co-counsel will be present at the hearing.

~~However, this letter is to request permission to appear at the hearing telephonically thru CourtCall~~.  You may respond by letter to the above-captioned address, telephone to 303-384-3922, or email to jschmitz@mandzattorneys.com.   Counsel shall be on phone standby starting at 9:30 AM. The Court will initiate the phone contact.
Sincerely,


s/John P. Schmitz
Signature on file with Court
John P. Schmitz
Attorney for Plaintiff

 Dated:  Feb. 1, 2010



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero