IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRATERS & FREIGHTERS,

   Plaintiff,

  v.

DAISYCHAIN ENTERPRISES, dba FREIGHT & CRATE; CATHY BENZ; and FRED BENZ.

   Defendants.

_____/

No. C 09-04531 CW

ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT (Docket No. 126)

  On March 5, 2014, Plaintiff Craters & Freighters moved for an order to show cause why Defendants Cathy Benz and Fred Benz should not be held in civil and criminal contempt for violating the permanent injunction entered by this Court on May 5, 2010. Plaintiff asserts that Defendants are using Plaintiff's trademarked name "to advertise its products."

  Plaintiff submits evidence that an internet search for "craters and freighters" provided results that included "Craters And Freighters - Domestic & Int'l Freight - wrapitexpress.com," which linked to www.wrapitexpress.com, the website for Wrapit Express. Ritchie Supp. Dec., Ex. A. Plaintiff also submits evidence that a search for "craters & freighters" provided results that included "Freighters And Craters - Domestic & Int'l Freight - wrapitexpress.com," which also led to www.wrapitexpress.com. Id. The permanent injunction prohibits the use of "Freight & Crate" and the use of "the registered trademark 'Craters & Freighters' for any purpose whatsoever." Docket No. 104. "Freighters And

Craters" is an infringing use of Plaintiff's registered trademark, "Craters & Freighters."

Plaintiff alleges that Defendants Cathy Benz and Fred Benz are "owners and operators" of Wrapit Express. In support of this contention, Plaintiff submits evidence that Defendants Cathy Benz and Fred Benz are listed as the Terminal Manager and Facilities Manager, respectively, on the Wrapit Express website. Schmitz Supp. Decl., Ex. C.

For the reasons stated above, Defendants are ORDERED TO APPEAR before this Court at 2:00 p.m. on Thursday, April 10, 2014 in Courtroom 2 on the fourth floor of 1301 Clay Street, Oakland, California. At that hearing, Defendants must show cause why they should not be held in contempt for failure to comply with the permanent injunction. If Defendants fail to appear at the hearing, they will be held in contempt and monetary sanctions will be imposed. Defendants are further ordered to file a response of ten pages or less within one week of the date of this order. Plaintiff may file a response of five pages or less within five days thereafter.

IT IS SO ORDERED.

Dated: 3/12/2014

CLAUDIA WILKEN
United States District Judge

2