IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRATERS & FREIGHTERS,

    Plaintiff,

  v.

DAISYCHAIN ENTERPRISES, dba FREIGHT & CRATE; CATHY BENZ; and FRED BENZ.

    Defendants.

No. C 09-04531 CW

ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT
(Docket No. 126)

On March 12, 2014, the Court entered an order to show cause why Defendants Cathy Benz and Fred Benz should not be held in civil and criminal contempt for violating the permanent injunction entered by this Court on May 5, 2010.  The Court ordered Defendants to file a response to the show cause order within one week.  To date, Defendants have not filed a response.  The Court further ordered Defendants to appear at 2:00 p.m. on Thursday, April 10, 2014 in Courtroom 2 on the fourth floor of 1301 Clay Street, Oakland, California to show cause why they should not be held in contempt for failure to comply with the permanent injunction.  The Court again advises Defendants that, if they fail to appear at the hearing, they will be held in contempt and monetary sanctions will be imposed.

    IT IS SO ORDERED.

Dated: 3/25/2014

CLAUDIA WILKEN
United States District Judge