IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRATERS & FREIGHTERS,

       Plaintiff,

  v.

DAISYCHAIN ENTERPRISES, dba
FREIGHT & CRATE; CATHY BENZ; and
FRED BENZ.

       Defendants.

No. C 09-04531 CW

ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT
(Docket No. 138)

_____/

    On March 5, 2014, Plaintiff Craters & Freighters moved for an order to show cause why Defendants Cathy Benz and Fred Benz should not be held in civil and criminal contempt for violating the permanent injunction entered by this Court on May 5, 2010. Plaintiff asserts that Defendants are using Plaintiff's trademarked name "to advertise its products." Docket No. 126. Specifically, Plaintiff presented evidence of internet search results that included infringing results. The Court issued an order to show cause why Defendants should not be held in contempt. Docket No. 127. On April 8, 2014, Defendants responded in writing that any infringement was inadvertent and they had "since disabled" the advertising program that caused the infringing internet search results. Docket No. 133. On April 14, 2014, the Court declined to impose sanctions, but admonished Defendants of their duty to comply with the injunction. Docket No. 137.

    Plaintiff has now filed another motion for an order to show cause why Defendants should not be held in civil and criminal

contempt for violating the Court's injunction.  Docket No. 138.  Plaintiff submits evidence that, on the morning of April 10, 2014, the day after the Court entered its order declining to impose sanctions, an internet search for "wrap it express" provided results that included "WrapIt Express Freight & Crate," which linked to the WrapIt Express website, "Wrapit express freight crate," which linked to a yellowpages.com advertisement for WrapIt Express and "Wrapit Express Crate, Freight and Logistics," which linked to the Facebook page for Wrapit Express.  Schmitz Dec., Ex. A.  Plaintiff submits evidence that it repeated the internet search of April 11, 12, 13 and 14 and obtained the same or similar results.  Defendants admit that they "are responsible for the advertising of WrapIt Express Ltd."  Docket No. 134 ¶ 5.

For the reasons stated above, Defendants are ORDERED TO APPEAR before this Court at 2:00 p.m. on Thursday, May 15, 2014 in Courtroom 2 on the fourth floor of 1301 Clay Street, Oakland, California.  At that hearing, Defendants must show cause why they should not be held in contempt for failure to comply with the permanent injunction.  If Defendants fail to appear at the hearing, they will be held in contempt and monetary sanctions will be imposed.  Defendants are further ordered to file a response of ten pages or less within one week of the date of this order.  Plaintiff may file a response of five pages or less within one week thereafter.

IT IS SO ORDERED.

Dated: 4/25/2014

CLAUDIA WILKEN
United States District Judge

2