JOHN P. SCHMITZ (SBN 237981)
Mills Schmitz & Zaloudek, LLC
600 Seventeenth Street, Suite 2800S
Denver, CO 80202
Tel:   303-226-5861
Fax:   1.866.903.0052l
Email: jschmitz@mszlawfirm.com

*Attorneys for Plaintiff CRATERS & FREIGHTERS*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRATERS & FREIGHTERS, a Colorado Corporation,<br>           Plaintiff,<br>vs.<br>DAISYCHAIN ENTERPRISES, a California Corporation, dba FREIGHT AND CRATE, KATHY BENZ, an individual, and FRED BENZ<br>           **Defendants** | Case No.: CV-09-4531-CW (JCS)<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY FOR 5/15/2014 ORDER TO SHOW CAUSE HEARING & PROOF OF SERVICE** |

## Request to Appear Telephonically

Counsel for Plaintiff respectfully requests that he be allowed to appear telephonically via CourtCall on 5/15/2014 for the Order to Show Cause hearing. Counsel for Plaintiff's office is located in Denver, Colorado and telephonic appearance would prevent the cost of travel from Denver, Colorado to Oakland, California.

Date:
May 7, 2014

/s/ John P. Schmitz
John P. Schmitz

**DENIED**
Claudia Wilken
Judge Claudia Wilken

1
PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY FOR 5/15/2014 ORDER TO SHOW CAUSE HEARING & PROOF OF SERVICE
CV-09-4531-CW (JCS)