**FRED BENZ**
**CATHY BENZ**
**PO  BOX 490**
**EAGLE, IDAHO 83616**

**DEFENDANTS PRO SE**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRATERS & FREIGHTERS,** a Colorado ) | Case No. CV09-04531-CW |
| ) | |
| Corporation, ) | |
| ) | **DEFENDANTS' REQUEST TO APPEAR** |
| Plaintiff, ) | **TELEPHONICALLY FOR 5/15/2014** |
| ) | **ORDER TO SHOW CAUSE HEARING** |
| -vs- ) | **& PROOF OF SERVICE** |
| ) | |
| **CATHY BENZ**, an individual, and ) | |
| **FRED BENZ**, an individual, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

COMES NOW, Cathy Benz and Fred Benz, Defendants' Pro Se, submits their

### Request to Appear Telephonically

Defendants respectfully request that they be allowed to appear telephonically via CourtCall on

5/15/2014 for the Order to Show Cause hearing.  Defendants are located in Eagle, Idaho and

telephonic appearance would prevent the cost of travel from Eagle, Idaho to Oakland, California.

Respectfully submitted this 12th day of May, 2014.

_/S/  Fred Benz_____
**FRED BENZ**-Defendant Pro Se

**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY FOR 5/15/2014 ORDER TO SHOW CAUSE HEARING & PROOF OF SERVICE**                                                     **-1-**

/S/  Cathy Benz
**CATHY BENZ**-Defendant Pro Se

