IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRATERS & FREIGHTERS,<br><br>    Plaintiff,<br><br>  v.<br><br>DAISYCHAIN ENTERPRISES, dba FREIGHT & CRATE; CATHY BENZ; and FRED BENZ.<br><br>    Defendants.<br>_____/ | No. C 09-04531 CW<br><br>ORDER DENYING DEFENDANTS' MOTIONS TO REOPEN THE CASE, SET ASIDE THE DEFAULT AND SET ASIDE THE PERMANENT INJUNCTION<br>(Docket Nos. 152, 153 and 154) |

    Defendants Cathy Benz and Fred Benz have filed a motion to reopen the case, a motion to set aside the default judgment and a motion to set aside the permanent injunction. In those motions, Defendants suggest that they rely upon "newly discovered evidence." However, the only evidence submitted is an excerpt from the transcript of a February 5, 2010 hearing before Magistrate Judge Spero that occurred before the default judgment and permanent injunction were entered. Accordingly, the Court DENIES Defendants' motions to reopen the case, set aside the default judgment and set aside the permanent injunction. Docket Nos. 152, 153 and 154.

    IT IS SO ORDERED.

Dated: 5/22/2014

CLAUDIA WILKEN
United States District Judge