IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRATERS & FREIGHTERS,

      Plaintiff,

  v.

DAISYCHAIN ENTERPRISES, dba FREIGHT & CRATE; CATHY BENZ; and FRED BENZ.

      Defendants.

No. C 09-04531 CW

ORDER DENYING DEFENDANTS' MOTION FOR EXTENSION OF TIME (Docket No. 168)

_____/

On June 30, 2014, the Court entered an order awarding Plaintiff $15,622.15 in attorneys' fees and costs (Docket No. 165) and an order granting Plaintiff $1,000 in contempt sanctions (Docket No. 166).  Both orders directed Defendants to pay Plaintiff within seven days of the date of the order.  The order awarding attorneys' fees and costs advised Defendants that if they were unable to pay the full $15,622.15 within seven days of the date of the order, they must pay "what they can" and "file a financial affidavit and a proposed payment plan within seven days of the date of [the June 30] order."  Docket No. 165.

On July 7, 2014, the day that payment of both amounts or partial payment and a financial affidavit and proposed payment plan were due, Defendants filed a "Motion for 30 Day Extension of Court's Orders of June 30, 2014."  In that motion, Defendants state that they "are in the process of collective funds as ordered by the Court but will need 30 days to attain said funds."  Docket No. 168.  However, Defendants do not submit any financial

affidavits to support a finding that they are unable to pay any portion of the $16,622.15 due or that they require thirty days to pay the amount in full.  Moreover, the Court did not offer Defendants any extension on payment of $1,000 in contempt sanctions.

Within three days of the date of this order, Defendants are ordered to pay Plaintiff $16,622.15.  If Defendants are not able to pay this amount within three days of the date of this order, they must pay at least the $1,000 in contempt sanctions and any amount of the attorneys' fees and costs that they are currently able to pay.  If Defendants make a partial payment, they must also file a financial affidavit disclosing all assets and liabilities, signed under penalty of perjury, and a proposed payment plan within three days of the date of this order.

Defendants' motion for extension of time is DENIED.

IT IS SO ORDERED.

Dated: 7/8/2014

CLAUDIA WILKEN
United States District Judge