IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRATERS & FREIGHTERS,

       Plaintiff,

  v.

DAISYCHAIN ENTERPRISES, dba FREIGHT & CRATE; CATHY BENZ; and FRED BENZ.

       Defendants.

_____/

No. C 09-04531 CW

ORDER DIRECTING DEFENDANTS TO COMPLY WITH COURT'S ORDERS

    On June 30, 2014, the Court entered an order awarding Plaintiff $15,622.15 in attorneys' fees and costs (Docket No. 165) and an order granting Plaintiff $1,000 in contempt sanctions (Docket No. 166). Both orders directed Defendants to pay Plaintiff within seven days of the date of the order. The order awarding attorneys' fees and costs advised Defendants that if they were unable to pay the full $15,622.15 within seven days of the date of the order, they must pay "what they can" and "file a financial affidavit and a proposed payment plan within seven days of the date of [the June 30] order." Docket No. 165.

    On July 7, 2014, the day that payment of both amounts or partial payment and a financial affidavit and proposed payment plan were due, Defendants filed a "Motion for 30 Day Extension of Court's Orders of June 30, 2014." In that motion, Defendants stated that they were "in the process of collecting funds as ordered by the Court but will need 30 days to attain said funds." Docket No. 168. However, Defendants did not submit any financial

affidavits to support a finding that they are unable to pay any portion of the $16,622.15 due or that they required thirty days to pay the amount in full. Moreover, the Court did not offer Defendants any extension on payment of $1,000 in contempt sanctions.

On July 8, 2014, the Court denied Defendants' motion for extension of time and ordered Defendants to pay Plaintiff $16,622.15 within three days of the date of that order. The Court again advised that, if Defendants were not able to pay the full amount within three days, they must pay at least the $1,000 in contempt sanctions and any portion of the attorneys' fees and costs that they were then able to pay. The Court further ordered that, if Defendants made a partial payment, they must also file a financial affidavit disclosing all assets and liabilities, signed under penalty of perjury, and a proposed payment plan, within three days of the date of the order.

On July 15, 2014, two days after the deadline set out in the Court's July 8 order, the Court received various documents from Defendants. These documents include a purported promissory note in the amount of $16,622.15 and a declaration from Defendant Fred Benz that states that "all monies provided for in the matter on file herein have been deposited with the Clerk of the District Court and credited and posted in the above captioned action." Docket No. 171. The declaration further indicates that "the party for whose benefit this order is being presented is entitled to withdraw the sum of $16,622.15." Id. However, Defendants have not submitted any payment to the Court, only the purported promissory note. Moreover, the Court directed Defendants to make

2

payment to Plaintiff, not to the Court.  Again, Defendants have made no effort to comply with the Court's prior orders directing them to make full payment or to make partial payment, along with a financial affidavit and a proposed payment plan.

The Court again orders Defendants to pay Plaintiff $16,622.15 within three days of the date of this order.  If Defendants are not able to pay this amount within three days of the date of this order, they must pay at least the $1,000 in contempt sanctions and any amount of the attorneys' fees and costs that they are currently able to pay.  If Defendants make a partial payment, they must also file a financial affidavit disclosing all assets and liabilities, signed under penalty of perjury, and a proposed payment plan, within three days of the date of this order.  If Defendants do not comply with the Court's order within three days of the date of this order, Defendants are ordered to show cause why they should not be assessed $100 in contempt sanctions for every day, beginning July 21, 2014, that they do not comply with the Court's order.  Unless Defendants comply with this order, the response to the order to show cause is due within four days of the date of this order.

IT IS SO ORDERED.

Dated: 7/15/14

CLAUDIA WILKEN
United States District Judge