IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRATERS & FREIGHTERS,

    Plaintiff,

  v.

DAISYCHAIN ENTERPRISES, dba FREIGHT & CRATE; CATHY BENZ; and FRED BENZ.

    Defendants.

No. C 09-04531 CW

JUDGMENT

For the reasons set forth in this Court's Order Granting Plaintiff's Motion for Sanctions,

IT IS ORDERED AND ADJUDGED

That Plaintiff Craters & Freighters recover from the Defendants Daisychain Enterprises, dba Freight and Crate; Cathy Benz; and Fred Benz the sum of $21,522.15, with interest thereon as provided by 28 U.S.C. § 1961.

Dated at Oakland, California, this 7th day of August, 2014.

RICHARD W. WIEKING
Clerk of Court

By: _____
Deputy Clerk