IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRATERS & FREIGHTERS,<br><br>    Plaintiff,<br><br>  v.<br><br>DAISYCHAIN ENTERPRISES, dba FREIGHT & CRATE; CATHY BENZ; and FRED BENZ.<br><br>    Defendants.<br>_____/ | No. C 09-04531 CW<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO ENJOIN www.yellowpages.com AND www.freightnet.com FROM SELLING DEFENDANTS INFRINGING ADVERTISEMENT |

In an order dated August 7, 2014, the Court stated that "Plaintiff may move for an order directing www.yellowpages.com and www.freightnet.com to stop selling infringing advertisements to Defendants." Docket No. 176. By advising Plaintiff that it could file such a motion, the Court did not mean to suggest that any such motion would be granted. Plaintiff has now filed a motion simply requesting an injunction, without any argument or authority in support thereof. Having considered the filing, the Court DENIES the motion without prejudice to Plaintiff refiling a motion including legal authority to support its request.

IT IS SO ORDERED.

Dated: September 26, 2014

                                        CLAUDIA WILKEN
                                        United States District Judge