IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRATERS & FREIGHTERS,<br><br>    Plaintiff,<br><br>  v.<br><br>DAISYCHAIN ENTERPRISES, dba FREIGHT & CRATE; CATHY BENZ; and FRED BENZ.<br><br>    Defendants.<br>_____/ | No. C 09-04531 CW<br><br>AMENDED JUDGMENT |

For the reasons set forth in this Court's Order Granting Plaintiff's Motion for Sanctions,

IT IS ORDERED AND ADJUDGED

That Plaintiff Craters & Freighters recover from the Defendants Daisychain Enterprises, dba Freight and Crate; Cathy Benz; and Fred Benz the sum of $22,722.15, with interest thereon as provided by 28 U.S.C. § 1961.

Dated at Oakland, California, this 30th day of September, 2014.

RICHARD W. WIEKING
Clerk of Court

By: _____

Deputy Clerk