IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRATERS & FREIGHTERS,

    Plaintiff,

  v.

DAISYCHAIN ENTERPRISES, dba FREIGHT & CRATE; CATHY BENZ; and FRED BENZ.

    Defendants.

No. C 09-04531 CW

ORDER DENYING DEFENDANTS' MOTION TO DISMISS

(Docket No. 185)

    Defendants have filed a motion to dismiss this case with prejudice based on their assertion that "Plaintiff is not the real party in interest and has been using a false name." Docket No. 185 at 1. Defendants first assert that "Craters & Freighters Franchise Company" not "Craters & Freighters" owns the trademark at issue in this case and argue that failure to name the real party in interest justifies dismissal with prejudice of the action. Plaintiff responds and presents evidence that "Craters & Freighters Franchise Company" is also known as "Craters & Freighters, a Colorado Corporation," the name used in the verified complaint.

    Defendants also contend that "'Craters & Freighters' is an assumed name for the Colorado Corporation Simpson & Company, LLC." Docket No. 185 at 2. However, Plaintiff responds that Simpson & Company is a franchisee of Plaintiff and uses the name "Craters & Freighters" pursuant to a license agreement. As Plaintiff points out, this is consistent with the complaint in this case, which indicates that "Plaintiff CRATERS AND FREIGHTERS grants

franchises" and that its "franchisees are licensed to use plaintiff CRATERS AND FREIGHTERS' trade names, service marks, and trademarks in the establishment, development and operation" of their businesses.  Docket No. 1 at ¶¶ 7, 9.

    Accordingly, Defendants' motion to dismiss is DENIED.  Docket No. 185.

    IT IS SO ORDERED.

Dated:  November 21, 2014

CLAUDIA WILKEN
United States District Judge