IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRATERS & FREIGHTERS,

    Plaintiff,

  v.

DAISYCHAIN ENTERPRISES, dba FREIGHT & CRATE; CATHY BENZ; and FRED BENZ.

    Defendants.

_____/

No. C 09-04531 CW

ORDER AWARDING PLAINTIFF ATTORNEYS' FEES AND COSTS

    On May 22, 2015, the Court entered an order granting Plaintiff's motion for contempt sanctions against Defendants Cathy Benz and Fred Benz. The Court further ordered Defendants to pay Plaintiff's reasonable attorneys' fees and costs expended in pursuing the motion. The Court directed Plaintiff to submit a declaration detailing time spent, hourly rates and costs claimed, and gave Defendants an opportunity to respond.

    Plaintiff has filed the declaration of its attorney, John Schmitz, attaching a statement of fees and costs incurred in pursuing the motion for an order to show cause. Defendants' deadline to respond to the declaration was June 3, 2015. To date, Defendants have not filed a response.

    Plaintiff claims 34.5 hours of attorney Schmitz's time at a rate of $235 per hour and 15.4 hours of paralegal time at a rate of $85 per hour. In addition, Plaintiff claims $1,890.94 in costs, including airfare for counsel to fly to Oakland for the OSC hearing. The fees and costs total $11,307.44. The Court finds

that the fees and costs claimed are reasonable.  Within seven days of the date of this order, Defendants shall pay Plaintiff $11,307.44.  All payments must be made by money order or cashier's check.  A promissory note is not sufficient payment.

If Defendants are unable to pay the full $11,307.44 attorneys' fees and costs within seven days, they shall pay what they can and, on or before June 17, 2015, they shall file a financial affidavit that states the maximum amount they are able to pay toward this sum.

The Court notes that it previously ordered Defendants to file a financial affidavit by May 28, 2015 to support their contention that they are unable to pay the full amount of the sanctions already imposed.  Defendants were advised that the declaration should also support their contention that the $10 per week they agreed to pay is the maximum they are able to pay toward the previously ordered sanctions.  To date, Defendants have not filed a financial affidavit.  However, Plaintiff has not informed the Court that Defendants have not complied with the payment plan that is currently in place.

If Defendants file a financial affidavit, they shall address all previously ordered sanctions in addition to the attorneys' fees and costs addressed in this order.  If Defendants do not file a financial affidavit within seven days of this order, they must immediately pay in full all amounts due.

IT IS SO ORDERED.

Dated: 06/11/2015

CLAUDIA WILKEN
United States District Judge

2