IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRATERS & FREIGHTERS, a Colorado Corporation, and CRATERS & FREIGHTERS FRANCHISE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>DAISYCHAIN ENTERPRISES, a California Corporation, dba FREIGHT & CRATE; CATHY BENZ, an individual; and FRED BENZ, an individual,<br><br>    Defendants.<br>_____/ | No. C 09-4531 CW<br><br>ORDER REGARDING MOTION FOR ORDER TO SHOW CAUSE<br><br>(Docket No. 228) |

    Plaintiff Craters & Freighters seeks an order to show cause as to why Defendants Cathy Benz and Fred Benz should not be held in criminal contempt for violating the Court's orders and permanent injunction. Docket No. 228. The Court ordered that Defendants show cause in writing and at a hearing why they should not be held in civil or criminal contempt, or both, and why they should not be incarcerated until they file a financial affidavit as ordered by this Court on May 22, 2015, and June 11, 2015. In lieu of an opposition, Defendants filed a "correspondence from Steve Barnard of Craters & Freighters, a Colorado Corporation." See Docket No. 231.

    A hearing on Plaintiff's motion will be held Tuesday, January 12, 2016 at 2:30 p.m. Docket No. 230. The Court has noted previously that Defendants have failed to pay Court-ordered contempt sanctions in the past, and to show that they are unable to do so. Defendants again are warned that coercive civil

contempt sanctions can include incarceration until compliance is attained.  See Lasar v. Ford Motor Co., 399 F.3d 1101, 1110 (9th Cir. 2005).  Defendants are advised to consult or retain counsel. If they are unable to do so, and demonstrate that they are financially eligible for Court-appointed counsel, the Court will appoint, at Defendants' request, an attorney to represent them. Defendants are advised to consult the Court's webpage (www.cand.uscourts.gov) to download and complete a financial affidavit (on the side-bar, "Criminal Justice Act (CJA)" > "Forms" > "CJA23(.pdf) – Financial Affidavit").

IT IS SO ORDERED.

Dated: December 16, 2015



CLAUDIA WILKEN
United States District Judge